**VACATE and DISMISS and Opinion Filed August 15, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00336-CV**

**JANINE CHARBONEAU, Appellant**
**V.**
**F&M PROPERTIES, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00516-2023**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Kennedy

The Court questioned its jurisdiction in the underlying forcible detainer lawsuit because it appeared the case had become moot. *See Olley v. HVM, LLC*, 449 S.W.3d 572, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied) (appellate courts lack jurisdiction over moot controversies). We instructed appellant to file, on or before July 17, 2023, a letter brief addressing the jurisdictional issue and cautioned her that failure to do so may result in dismissal without further notice. As of today's date, appellant has not filed a letter brief.

In both the motion for new trial and the notice of appeal, appellant states that a writ of possession has issued and she has been evicted from the property. *See Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 785, 787 (Tex. 2006) (only issue in forcible detainer action is possession, and issue becomes moot when tenant vacates property unless tenant has "potentially meritorious claim of right to current, actual possession").

Appellant is no longer in possession of the property and she has failed to demonstrate a potentially meritorious claim to actual possession. Accordingly, on the record before us, we vacate the trial court's March 13, 2023 order of dismissal and dismiss the case as moot. *See* Tex. R. App. P. 42.3(a); *Marshall*, 198 S.W.3d at 790.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230336F.P05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JANINE CHARBONEAU, Appellant

No. 05-23-00336-CV          V.

F&M PROPERTIES, LLC, Appellee

On Appeal from the County Court at Law No. 3, Collin County, Texas Trial Court Cause No. 003-00516-2023.

Opinion delivered by Justice Kennedy. Justices Pedersen, III and Garcia participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's March 13, 2023 order of dismissal and dismiss the case.

Judgment entered August 15, 2023